1  **SEDGWICK LLP**
   RALPH A. CAMPILLO (BAR NO. 70376)
2  Email: ralph.campillo@sedgwicklaw.com
   WENDY A. TUCKER (BAR NO. 121122)
3  Email: wendy.tucker@sedgwicklaw.com
   MICHAEL M. WALSH (BAR NO. 150865)
4  Email: michael.walsh@sedgwicklaw.com
   801 South Figueroa Street, 19th Floor
5  Los Angeles, CA  90017-5556
   Telephone:    213.426.6900
6  Facsimile:    213.426.6921

7

   Attorneys for Defendant
8  THOMAS P. SCHMALZRIED, M.D.,
   A Professional Corporation,

9

*IT IS SO ORDERED* — Judge James Ware (seal: United States District Court, Northern District of California)

10           **UNITED STATES DISTRICT COURT**

11           **NORTHERN DISTRICT OF CALIFORNIA (San Francisco)**

| | |
|---|---|
| 12  DION HALL and BELINDA KHANTHONGDY, | CASE NO.  3:12-cv-00074-JW |
| 13 | |
| 14          Plaintiff(s), | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)** |
| 15       v. | |
| 16  DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive, | Complaint served: December 7, 2011<br>Removal Date: January 5, 2012<br>Current Response Date: January 12, 2012<br>Agreed Response Date: February 11, 2012 |
| 17 | |
| 18 | |
| 19          Defendants. | |

20

21

22  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23       Defendant Thomas P. Schmalzried, M.D., a Professional Corporation ("Defendant")

24  hereby requests, and Plaintiffs Dion Hall and Belinda Khanthongdy ("Plaintiffs") hereby agree

25  to Defendant's request, for an extension of time for Defendant to file a response to Plaintiffs'

26  Complaint. Plaintiffs' Complaint was filed on November 21, 2011, Defendant was served on or

27  about December 7, 2011 and the case was removed by on January 5, 2012.

28

---

2

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1128157v1

THE PARTIES HAVE AGREED AND HEREBY STIPULATE to extend the time for Defendant to respond to February 11, 2012.

DATED: January 10, 2012     SEDGWICK LLP

By: ___/s/ Michael M. Walsh___
    Ralph Campillo
    Wendy Tucker
    Michael M. Walsh
    Attorneys for Defendant
    THOMAS P. SCHMALZRIED, M.D., a
    Professional Corporation

DATED: January 10, 2012     LEVIN SIMES KAISER & GORNICK LLP

By: ___/s/ David Markevitch___
    Lawrence J. Gornick
    David Markevitch
    Attorney for Plaintiffs
    DION HALL and BELINDA HANTHONGDY

1  Pursuant to Section X of General Order No. 45 regarding Electronic Court Filing, I
2  hereby certify that the content of this document is acceptable to David Markevitch, counsel for
3  Plaintiffs Dion Hall and Belinda Khanthongdy, and that I have obtained counsel's authorization
4  to affix his electronic signature to this document.

5  DATED: January 10, 2012                SEDGWICK LLP

6

7
                                          By:_____/s/ Michael M. Walsh_____
8                                                Ralph Campillo
                                                 Wendy Tucker
9                                                Michael M. Walsh
                                                 Attorneys for Defendant
10                                               THOMAS P. SCHMALZRIED, M.D., a
                                                 Professional Corporation
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1128157v1