```
1  ALEXANDER G. CALFO (SBN 152891)
      ACalfo@yukelaw.com
2  KELLEY S. OLAH (SBN 245180)
      KOlah@yukelaw.com
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
      ganderson-thompson@yukelaw.com
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 362-7777
6  Facsimile:     (213) 362-7788

7  Attorneys for Defendant
   DEPUY ORTHOPAEDICS, INC.
8
```

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DION HALL and BELINDA KHANTHONGDY,<br><br>  Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,<br><br>  Defendants. | CASE NO. CV12-00074-JW<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs DION HALL and BELINDA KHANTHONGDY and Defendant DEPUY ORTHOPAEDICS, INC. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a

joint Case Management Order in the MDL addressing remand briefing.

IT IS SO ORDERED.

Dated: __Jan. 24____, 2012          _____
                                                              Hon. James Ware

Respectfully submitted by,

DATED: January 19, 2012          YUKEVICH CALFO & CAVANAUGH


                                                    By:   */s/ Alexander G. Calfo*
                                                            Alexander G. Calfo
                                                            Kelley S. Olah
                                                            Gabrielle Anderson-Thompson
                                                            Attorneys for Defendant DEPUY
                                                            ORTHOPAEDICS, INC.