ALEXANDER G. CALFO (SBN 152891)
  ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
  KOlah@yukelaw.com
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
  ganderson-thompson@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DION HALL and BELINDA KHANTHONGDY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. CV12-00074-JW<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs DION HALL and BELINDA KHANTHONGDY and Defendant DEPUY ORTHOPAEDICS, INC. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1.　The Parties' request for a stay of proceedings is GRANTED;

2.　All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

3.　All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a

683887.1 / 25-141　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CV12-00074-JW

1  joint Case Management Order in the MDL addressing remand briefing.
2  IT IS SO ORDERED.
3  Dated: Jan. 24    , 2012         _____
                                         Hon. James Ware
4
5  Respectfully submitted by,
6
7  DATED: January 19, 2012          YUKEVICH CALFO & CAVANAUGH
8
9                                   By: */s/ Alexander G. Calfo*
10                                      Alexander G. Calfo
                                        Kelley S. Olah
11                                      Gabrielle Anderson-Thompson
                                        Attorneys for Defendant DEPUY
12                                      ORTHOPAEDICS, INC.

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788